IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTUE,

    Petitioner,                    No. CIV S-98-1580 LKK JFM P

    vs.

G. A. MUELLER, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner has filed a request for reconsideration of the magistrate judge's order filed May 10, 2005, denying petitioner's motions for release on his own recognizance during the pendency of this habeas corpus action.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that the magistrate judge's ruling was correct.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the magistrate judge's order of May 10, 2005 is affirmed.

DATED: July 12, 2005.

                                                      /s/Lawrence K. Karlton
                                                      UNITED STATES DISTRICT JUDGE

/mont1580.850