1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN MONTUE,

11              Petitioner,                    No. CIV S-98-1580 LKK JFM P

12         vs.

13    G. A. MUELLER, et al.,

14              Respondents.                   <u>ORDER</u>

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed a motion pursuant to Fed.

17    R. Civ. P. 60(b) for reconsideration of the judgment entered in this action on March 16, 2001

18    denying on the merits his application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

20    § 636(b)(1)(B) and Local General Order No. 262.

21              On July 8, 2005, the magistrate judge filed amended findings and

22    recommendations[1] herein which were served on petitioner and which contained notice to

23    petitioner that any objections to the findings and recommendations were to be filed within twenty

24    _____

25        [1]  The amended findings and recommendations superseded findings and recommendations
      filed on May 10, 2005 and vacated by the magistrate judge in his July 8, 2005 findings and
26    recommendations.

                                              1

days.  On July 20, 2005, petitioner filed objections to the findings and recommendations, and on

July 22, 2005 and July 29, 2005, petitioner filed amended objections to the findings and

recommendations.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 8, 2005, are adopted in full;

2.  Petitioner's request for release on his own recognizance or reasonable bail is

denied; and

3.  Petitioner' February 1, 2005 Rule 60(b) motion for reconsideration is

construed as a second or successive habeas corpus application and, so construed, dismissed

because the United States Court of Appeals for the Ninth Circuit has denied petitioner

authorization to proceed with such second or successive petition application.

DATED:  August 23, 2005.


/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/mont1580.60bjo

---

[2]  Petitioner has included with his objections a request for release on his own
recognizance or on bail during the pendency of this action.  For the reasons set forth in the
magistrate judge's findings and recommendations, petitioner's habeas corpus application must be
dismissed without prejudice.  A fortiori, his request for release on bail will be denied.